[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2006
THOMAS K. KAHN
CLERK

No. 05-14545
Non-Argument Calendar

_____

D. C. Docket No. 04-00039-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ONTERRIO JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(July 27, 2006)**

Before TJOFLAT, CARNES and HILL, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Onterrio Jackson in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's convictions and sentences are **AFFIRMED**.